IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.:  3:12-cv-3289-RM-TSH |
| v. | ) |
| | ) |
| H.D. SMITH WHOLESALE DRUG COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

H.D. Smith Wholesale Drug Co., Defendant in the above-listed case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's July 28, 2015 order on Defendant's Motion for Summary Judgment, and its August 24, 2015 Judgment entered pursuant to the Court's August 13, 2015 Text Order providing that this Court's July 28, 2015 opinion and order "shall be deemed to apply to all of the insurance policies at issue in this case" and terminating proceedings in the District Court.

Dated: August 24, 2015         */s/ Christian P. Jones*
                               Christian P. Jones
                               BARNES & THORNBURG LLP
                               11 South Meridian Street
                               Indianapolis, IN 46204
                               Telephone: (317) 236-1313
                               Facsimile: (317) 231-7433
                               Email: christian.jones@btlaw.com

                               Attorneys for Defendant
                               H.D. Smith Wholesale Drug Co.

## CERTIFICATE OF SERVICE

I certify that on August 24, 2015, I electronically filed the foregoing with the Clerk of Court using the CMECF system, which will send notification of such filing to the following:

>Brian M. Reid
>Daniel P. Johnston
>LITCHFIELD CAVO LLP
>303 West Madison Street
>Suite 300
>Chicago, Illinois 60606
>reid@litchfieldcavo.com
>johnston@litchfieldcavo.com

>/s/ Christian P. Jones
>Christian P. Jones

LADS01 162522v1